UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARNETT MELTON,

    Plaintiff,

v.                                                      5:14cv16-WS/CJK

INVESTIGATOR WILLIAM CURTIS,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 20) docketed October 21, 2014. The magistrate judge recommends that the plaintiff's complaint be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    The court having reviewed the record, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 20) is ADOPTED and incorporated into this order by reference.

    2. The clerk shall enter judgment stating: "All claims are DISMISSED WITHOUT PREJUDICE."

    DONE AND ORDERED this    25th    day of    November   , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE